# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __13-1560__     Caption: __BB&T v. Construction Supervision Services, Inc. et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Branch Banking and Trust Company__
(name of party/amicus)


who is _____Appellant_____, makes the following disclosure:
      (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   BB&T Corporation

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   BB&T Corporation

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☑ YES ☐ NO
If yes, identify any trustee and the members of any creditors' committee:
Stephen L. Beaman, Chapter 7 Trustee
Stephen L. Beaman, PLLC

Signature: _____  Date: 5-14-13

Counsel for: Branch Banking and Trust Company

## CERTIFICATE OF SERVICE
**************************

I certify that on ___May 14, 2013___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____  5-14-13
(signature)  (date)

# CERTIFICATE OF SERVICE

I certify that on May 14, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Nan E. Hannah
Paul Sheridan
Joseph A. Davies
Vann & Sheridan, LLP
PO Box 2445
Raleigh, NC 27602
*Attorneys for The John R. McAdams Company, Incorporated; Water Works Supply, Inc.; Gregory Poole Equipment Company; Thomas Concrete of Carolina, Inc.; HD Supply Waters, Ltd. d/b/a HD Supply Waterworks, L.P.*

William J. Wolf
Ethan J. Fleisher
Bugg & Wolf, P.A.
PO Box 2917
Durham, NC 27515
*Attorneys for Hanson Aggregates Southeast, LLC; Couch Oil Company of Durham, Inc.; R.W. Moore Equipment Co.*

Stephen L. Beaman
Stephen L. Beaman, PLLC
P.O. Box 1907
Wilson, NC 27894
*Chapter 7 Trustee*

William P. Janvier
Samantha Y. Moore
Janvier Law Firm, PLLC
1101 Hayness Street, Ste. 102
Raleigh, NC 27604
*Attorneys for Debtor Construction Supervision Services, Inc.*

Dated: 5/14/2013

Nicholas C. Brown
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703