FILED: June 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1560
(5:12-cv-00533-BO)
(8:12-bk-00569-RDD)

_____

In re: CONSTRUCTION SUPERVISION SERVICES, INC.

   Debtor

------------------------------

BRANCH BANKING & TRUST COMPANY

   Creditor - Appellant

v.

CONSTRUCTION SUPERVISION SERVICES, INC.

   Debtor - Appellee

HANSON AGGREGATES SOUTHEAST, LLC; COUCH OIL COMPANY OF DURHAM, INC.; R.W. MOORE EQUIPMENT CO.; H.D. SUPPLY WATERWORKS, LTD; WATER WORKS SUPPLY, INC.; MSC WATERWORKS, INC.; GREGORY POOLE EQUIPMENT COMPANY; THOMAS CONCRETE OF CAROLINA, INC.; THE JOHN R. MCADAMS COMPANY, INCORPORATED

   Creditors – Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 07/24/2013

Opening brief due: 07/24/2013

Response brief due: 08/28/2013

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk