# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CHANGE IN NAME/CONTACT INFORMATION

Name, address, e-mail address, fax number, and phone number changes must be immediately reported to the Clerk's Office. You may fax this change of name/contact information form to (804) 916-2713. The fax number may be used only for that purpose. This form may be mailed to United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517, or may be filed electronically and thereby served on opposing counsel in your pending cases.

This form is used to update counsel's information in the Fourth Circuit's CM/ECF database. It does not update counsel's information in the district court's database or the judicial conference database and does not affect counsel's involvement in a case. A motion to withdraw or notice of withdrawal must be filed in any case in which counsel wishes to terminate participation.

**THE CLERK IS HEREBY NOTIFIED OF THE FOLLOWING CHANGE(S)**
**(PLEASE PRINT OR TYPE LEGIBLY)**

DATE EFFECTIVE: 08/12/13

CHANGE APPLIES TO:   ● (attorney/party only)
                    ○ (entire firm)

| PREVIOUS INFORMATION | NEW INFORMATION |
|---|---|
| Name: Paul A. Sheridan | Name: Paul A Sheridan |
| Firm Name: Vann & Sheridan, LLP | Firm Name: Hannah Sheridan Loughridge & Cochran, LLP |
| Address: PO Box 2445, Raleigh, NC 27603 | Address: 1011 Schaub Dr., Ste. 104, Raleigh, NC 27606 |
| Phone #: (919) 510-8585 | Phone #: (919) 859-6840 |
| Fax #: (919) 510-8570 | Fax #: (919) 859-6843 |
| E-mail: | E-mail: psheridan@hslc-law.com |

08/13/13
Date

_[signature]_
Signature

06/25/2012
JJQ